PROB. 12
(Rev. 3/88)

UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TENNESSEE**

FILED BY ___ O.C.

05 DEC 16  AM 8: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

U. S. A.  vs.  James Davis         Docket No.   2:05CR20123

### Petition on Probation and Supervised Release

**COMES NOW**   Christopher T. Morgan  , **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of   James Davis  , who was placed on supervision by the Honorable W. Allen Pepper, Jr.*  sitting in the Court at Oxford, MS, on the 3rd day of December , 2001, who fixed the period of supervision at five (5) years**, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall not possess a firearm or other destructive device.
2. The defendant shall pay restitution in the amount of $8,021.14 (the current balance is $7,640.30).
3. The defendant shall provide the probation officer with access to any requested financial information.
4. The defendant shall not incur new debt or lines of credit without approval of the probation officer, unless the defendant is compliant with the installment payment schedule.
5. The defendant shall participate in a program of testing and treatment for substance abuse as directed by the probation officer, until the defendant is released from the program by the probation officer.

\*      Jurisdiction was transferred to the Western District of Tennessee on April 11, 2005.
\*\*     Supervision began February 22, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Davis is currently employed full-time.   It is recommended that the Court specifically approve the following payment plan.

**PRAYING THAT THE COURT WILL ORDER** that James Davis' restitution payments be set at 10% of his gross monthly income.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 15 day of Dec. , 2005, and ordered filed and made a part of the records in the above case. | Christopher T. Morgan<br>United States Probation Officer |
| United States District Judge | Place:  Memphis, Tennessee<br>Date:   December 2, 2005 |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  12-16-05

③

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20123 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT